EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Major Crimes Section

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  marshall.silverberg@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00163 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | PROPOSED PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| DARREN YONEO TAMURA, | ) | Sentencing date: 3/9/06 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Judge: Hon. Helen Gillmor |
| _____ | ) | |

GOVERNMENT'S RESPONSE TO PROPOSED PRESENTENCE REPORT

The United States has no objections or comments to the Proposed Presentence Report.

Dated:  January 23, 2006, at Honolulu, Hawaii.

                         EDWARD H. KUBO, JR.
                         United States Attorney

           By:

                           /s/ Marshall H. Silverberg
                         MARSHALL H. SILVERBERG
                         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    Matthew Winter      matthew_winter@fd.org
    Attorney for Defendant
    DARREN YONEO TAMURA

Served by hand delivery:

    Ellie Asasaki
    Senior U.S. Probation Officer
    Honolulu, Hawaii

       Dated:  January 23, 2006, at Honolulu, Hawaii.


                            /s/ Cheri Abing