PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MATTHEW C. WINTER
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       matthew_winter@fd.org

Attorney for Defendant
DARREN YONEO TAMURA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00163 HG |
| | ) |
| Plaintiff, | ) DEFENDANT'S RESPONSE TO |
| | ) DRAFT PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| DARREN YONEO TAMURA, | ) |
| | ) Sentencing Date:  March 9, 2006 |
| Defendant. | ) Time:                      1:30 p.m. |
| | ) |

**DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, Darren Yoneo Tamura, by and through counsel, Matthew C.

Winter, Assistant Federal Defender, respectfully states that he has no objections or

clarifications to the calculations contained in the draft presentence report dated January 19, 2006.

       DATED:  Honolulu, Hawaii, January 27, 2006.

                     /s/ Matthew C. Winter
                     MATTHEW C. WINTER
                     Attorney for Defendant
                     DARREN YONEO TAMURA

## CERTIFICATE OF SERVICE

I, MATTHEW C. WINTER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address on January 27, 2006:

Served Electronically through CM/ECF:

MARSHALL H. SILVERBERG          marshall.silverberg@usdoj.gov
Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA


Served by hand-delivery:

ELLIE N. ASASAKI
Senior United States Probation Officer
300 Ala Moana Boulevard, Room C-111
Honolulu, Hawaii  96813


    /s/ Matthew C. Winter
    MATTHEW C. WINTER
    Attorney for Defendant
    DARREN YONEO TAMURA