# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 9, 2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 05-00163HG

CASE NAME:       U.S.A. vs. DARREN YONEO TAMURA

ATTYS FOR PLA:   Marshall H. Silverberg

ATTYS FOR DEFT:  Matthew C. Winter

U.S.P.O.:        Ellie Asasaki

---

JUDGE:   Helen Gillmor          REPORTER:   Cynthia Fazio

DATE:    March 9, 2005          TIME:       1:30 - 1:50

---

COURT ACTION:  SENTENCING TO COUNTS 1 AND 2 OF THE INDICTMENT -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.

Allocution by the defendant.

ADJUDGED: Impr of 60 mos as to Counts 1 and 2, both terms to run concurrently.

SUPERVISED RELEASE: 5 yrs as to Count 1 and 3 yrs as to Count 2, such terms to run concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.  That the defendant participate in a mental health program and/or life skills/vocational programs at the discretion and direction of the Probation Office.

9.  That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $200.
Advised of rights to appeal the sentence, etc.
RECOMMENDATIONS: That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program, educational and vocational training programs. Further, that the defendant be considered for placement in a medical facility and that mental and physical health assessments be conducted..
Oral Motion to Dismiss Counts 3 and 4 of the Indictment is GRANTED.
MITTIMUS: forthwith.

Submitted by: David H. Hisashima, Courtroom Manager